Ella J. CARDOZA, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT
Respondent.

No. 01–3273.

United States Court of Appeals,
Federal Circuit.

May 21, 2002.

Before RADER, SCHALL, and LINN,
Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.